THE PEOPLE OF THE STATE OF NEW YORK ex rel. ASHBEL P. FITCH, Comptroller of the City of New York, Respondent, v. DANIEL LORD et al., Commissioners, and HENRY ZUBILLER, et al., Executors of JOHN F. KOCHER, Deceased, Claimants and Appellants.

155 · 661<br>Case 1<br>75 AD 571

*People ex rel. Fitch* v. *Lord*, 24 App. Div. 137, affirmed.
(Submitted February 28, 1898; decided March 15, 1898.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 11, 1898, reversing, on certiorari, an award to claimants made by the commissioners of the change of grade damage commission, and dismissing a claim.

*Ernest Hall* and *Thomas S. Bassford* for appellants.

*Robert C. Beatty* for respondent.

Order affirmed, with costs, on opinion below.
All concur.